IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY CHANTE VAUGHN,

    Plaintiff,

v.

MARATHON COUNTY JAIL and
MARATHON COUNTY SHERIFFS DEPT.
– CORRECTIONAL OFFICERS,

    Defendants.

ORDER

Case No. 23-cv-365-wmc

---

On June 5, 2023, I entered an order giving Plaintiff Jeremy Chante Vaughn until June 26, 2023, to submit an inmate account statement. Dkt. 3. On June 29, 2023, plaintiff filed a letter in case nos. 23-cv-219-wmc and 23-cv-243-wmc requesting to reopen case 23-cv-219-wmc; and informing the court of his attempts at requesting an inmate account statement from jail staff. That letter has been filed in this—case 23-cv-365-wmc—as well. Dkt. 4. Because plaintiff did not mention case 23-cv-365-wmc in his June 29 letter, it is unclear if plaintiff wishes to continue prosecuting this case. Plaintiff may have an extension of time until July 21, 2023, to respond to the court's June 5 order in this case.

ORDER

IT IS ORDERED that plaintiff Jeremy Chante Vaughn may have until July 21, 2023, in which to submit an inmate account statement or show cause for his failure to do so. If, by July 21, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 30th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge